IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERMAINE DUANE IRVIN-BEY**                                                      **PLAINTIFF**
Reg. #45966-177

v.                              No: 2:23-cv-00245-JM

**G. SMITH,** *et al.*                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 5th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE